RECEIVED
OCT 2 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAMYTRIC D. MCHENRY, Plaintiff | CIVIL ACTION NO. 1:13-CV-03241; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| OFFICER PATTAIN, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 43) is GRANTED, and that Plaintiff's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 28 day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT